# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RICKY D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-01290 |
| ) | Judge Trauger |
| RONELL JONES, ET AL., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On December 17, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 58), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the defendants (Docket No. 36) is GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 13th day of January 2020.

_____
ALETA A. TRAUGER
U.S. District Judge